# EXHIBIT B

**When recorded, return to**:
Wesley D. Ray, Esq.
Polsinelli Shughart, PC
One East Washington, Suite 1200
Phoenix, Arizona 85004

## SPECIAL WARRANTY DEED

**[Exempt pursuant to A.R.S. § 11-1134 A (5)]**

      Pursuant to the Liquidating Plan of Reorganization confirmed by the United States Bankruptcy Court for the District of Arizona in case number ____, Willow Creek Partners, LLC, an Arizona limited liability company, ("**Grantor**"), does hereby convey to BBVA Compass, ("**Grantee**"), that certain real property situated in Yavapai County, Arizona, more particularly described on ***Exhibit A***, attached hereto and incorporated herein by this reference, together with all rights and privileges appurtenant thereto (the "**Property**").

      This Property is conveyed to grantee subject to: (i) all existing taxes, assessments, liens, encumbrances, easements, covenants, conditions and restrictions, and all other matters of record; (ii) zoning ordinances and regulations and any other laws, ordinances, or governmental regulations restricting or regulating the use, occupancy or enjoyment of the Property; and (iii) any matter that would be reflected in an accurate survey of the Property.

      Grantor does hereby bind itself to warrant and defend the title as against all acts of Grantor and none other, subject to the matters set forth above. This conveyance from Grantor to Grantee is made without any other warranty, further liability or covenant of any kind, express or implied.

      Dated effective as of the ____ day of _____, 2011.

**GRANTOR: Willow Creek Partners, LLC., an Arizona limited liability company**

      **By:** _____

2785635.1

# EXHIBIT B

STATE OF ARIZONA )
                             ) ss:
County of _____ )

        SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2010, by _____, as _____ of Willow Creek Partners, LLC., an Arizona limited liability company.

                                                    _____
                                                    Notary Public

(Seal and Expiration Date)

2785635.1

# EXHIBIT B

**EXHIBIT A**

**[Legal Description]**

2785635.1